IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN KALIP PRESSWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-1078 |
| | ) | |
| UNIVERSAL HOLDINGS | ) | |
| LOGISTICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on April 13, 2018, was served on the plaintiff. Docs. 5, 6. No objections were filed. After careful consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is therefore **ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted.

This the 29th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE